```
                 IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:13-cr-292-04-JEC-ECS |
| WILLIAM ANGELO MARSH, | |
| | |
|     Defendant. | |

## ORDER

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [143] recommending denying defendants' Motion to Suppress [22]. Defendant has filed Objections [147] to the Report and Recommendation [143]. The Court has reviewed the Final Report and Recommendation [143] and concurs with the magistrate judge's conclusions.

The Court therefore **ADOPTS** the Magistrate Judge's Final Report and Recommendation [143] **DENYING** defendants' Motion to Suppress [22]. The Court **DIRECTS** defense counsel to advise the Court by **AUGUST 15, 2014** whether this case will be disposed by a guilty plea or trial.

Excludable time shall continue from March 6, 2014 through August 15, 2014**,** pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(to give counsel for the defendant or attorney for the Government reasonable time necessary for effective preparation) and (h)(6) (a reasonable period

of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

    SO ORDERED this 19th day of July, 2014.

                                      /s/ Julie E. Carnes
                                      JULIE E. CARNES
                                      CHIEF U.S. DISTRICT JUDGE